UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

LUKE HER,

        Plaintiff,

                                    Case No. 15-CV-1107

v.

NATURE'S WAY,

        Defendant.

---

## ORDER FOR DISMISSAL

---

Based on the Stipulation of the parties;

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and without cost to either party.

Dated this 7th day of July, 2016.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Judge

15822636.1